## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MARK ZAID                                    &ast;
c/o 1250 Connecticut Avenue, N.W.            &ast;
Suite 700                                    &ast;
Washington, D.C. 20036                       &ast;
(Maryland Resident)                          &ast;
                                             &ast;
      Plaintiff,      &ast;
                                             &ast;
      v.             &ast;          Civil Action No: 21-1130
                                             &ast;
DEPARTMENT OF JUSTICE                        &ast;
950 Pennsylvania Avenue, N.W.                &ast;
Washington, D.C. 20530-0001                  &ast;
                                             &ast;
      Defendant.     &ast;
&ast;   &ast;   &ast;   &ast;   &ast;   &ast;   &ast;   &ast;   &ast;   &ast;   &ast;   &ast;

## EX-PARTE MOTION FOR LEAVE TO FILE COMPLAINT
## USING COUNSEL'S ADDRESS IN VIOLATION OF LCVR 102.2 (a)

NOW COMES the Plaintiff Mark Zaid, by and through his undersigned counsel, to hereby respectfully seek leave of this Court to file his Complaint against the above listed Government Defendant using his counsel's address in violation of LCvR 102.2 (a) in order to protect his residential location.

As grounds therefore, the Plaintiff relies on the contemporaneously submitted declaration of Bradley P. Moss, Esq., attached at Exhibit "1".

A proposed Order also accompanies this Motion.

Date: May 8, 2021

Respectfully submitted,

/s/ *Bradley P. Moss*

_____

Bradley P. Moss, Esq.
MD Bar #17379
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com

Attorney for the Plaintiff