# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARK ZAID<br>c/o 1250 Connecticut Avenue, N.W.<br>Suite 700<br>Washington, D.C. 20036<br>(Maryland Resident)<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001<br><br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No: 21-1130<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## ORDER

The Court, having considered the Plaintiff's Ex-Parte Motion for Leave to File Complaint Using Counsel's Address in Violation of LCvR 102.2 (a), and the entire record herein, it is hereby,

ORDERED, that Plaintiff is excused from having to list his residential address on the Complaint.

SO ORDERED this ___ day of May 2021.

_____
UNITED STATES DISTRICT JUDGE