```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

                              :
MARK ZAID
                              :
   v.                         :  Civil Action No. DKC 21-1130
                                 (Consol. Civil Action No. DKC 21-2625)
                              :
DEPARTMENT OF JUSTICE
                              :

                  *    *    *
MARK ZAID
                              :
   v.                         :  Civil Action No. DKC 22-1602
                              :
DEPARTMENT OF HOMELAND SECURITY
                              :
```

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 5th day of July, 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for summary judgment filed by the Department of Justice (Civil Action No. 21-1130, ECF No. 18) BE, and the same hereby IS, GRANTED;

2. Judgment BE, and the same hereby IS, ENTERED against Plaintiff Mark Zaid and in favor of the Department of Justice in Civil Action No. 21-1130;

3. The motion for summary judgment filed by the Department of Homeland Security (Civil Action No. 22-1602, ECF No. 23) BE, and the same hereby IS, GRANTED in part and DENIED in part;

4. Judgment BE, and the same hereby IS, ENTERED against Plaintiff Mark Zaid and in favor of the Department of Homeland Security on the portion of Count One with regard to the adequacy of the search by USSS and as to the request for documents related to "Hurtcore" addressed to ICE;

5. Summary judgment BE, and the same hereby IS, DENIED as to DHS with regard to the search by ICE for other categories of requested documents; and

6. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE Civil Action No. 21-1130 (and the consolidated Civil Action No. 21-2625).

                                          /s/
                              DEBORAH K. CHASANOW
                              United States District Judge